473 A.2d 687

Dixon v. Aircomo, Appellant.

Argued February 14, 1984. Arthur L. Jenkins, Jr., for appellant; Anthony Quinn, for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order reversed and case remanded so that judgment may be opened. Jurisdiction relinquished.